UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW W. STEIN<br>2525 BARDSTOWN ROAD, APT 200<br>LOUISVILLE, KY, 40205<br><br>  Defendant. | 3:25-CV-564-BJB |

## COMPLAINT

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this civil action to collect federal income taxes, penalties, and interest assessed against Defendant Matthew Stein for the tax years 2013, 2014, 2015, and 2017.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. §§ 7401 and 7402.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1396 because Defendant Matthew Stein currently resides in the Western District of Kentucky.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Matthew Stein is a resident of Louisville, Kentucky, located in Jefferson County, which is within the jurisdiction of this Court.

**COUNT I: REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT**

5. The United States incorporates paragraphs 1 through 4 by reference, as if fully set forth herein.

6. A delegate of the Secretary of the Treasury of the United States made various assessments for unpaid federal income taxes against Defendant Matthew Stein as set forth below:

| Tax Period | Assessment Date | Tax Assessed | Account Balance Plus Accruals (as of 7/14/2025) |
|---|---|---|---|
| 2013 | 11/17/2014 | $48,865.00 | $98,550.28 |
| 2014 | 11/23/2015 | $85,204.00 | $140,316.12 |
| 2015 | 11/21/2016 | $59,753.00 | $96,163.48 |
| 2017 | 11/19/2018 | $164,365.00 | $180,204.09 |
| | | **TOTAL** | **$515,233.97** |

7. Proper and timely notice and demand for payment of the tax assessments described in paragraph 6 were given to Defendant Matthew Stein.

8. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessments described in paragraph 6.

9. Defendant Matthew Stein has failed to pay the United States the full amount owed as a result of the tax assessments described in paragraph 6.

10. By reason of the foregoing, Defendant Matthew Stein is indebted to the United States for unpaid federal income taxes in the amount of **$515,233.97** as of July 14, 2025, plus penalties, interest, and statutory additions accruing thereafter according to law until fully paid.

11. On October 28, 2021, Defendant Matthew Stein filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Kentucky. *In re: Matthew W. Stein*, 3:21-bk-32162-CRM (closed).

12. On February 1, 2022, the United States Bankruptcy Court for the Western District of Kentucky granted Defendant Matthew Stein a discharge. *Id.* at ECF No. 15.

13. On March 1, 2022, Defendant Matthew Stein commenced an adversary proceeding in the United States Bankruptcy Court for the Western District of Kentucky seeking a determination that various income tax liabilities, including the liabilities described in paragraph 6, were discharged pursuant to the discharge issued in his bankruptcy proceeding. *Stein v. United States of America,* 3:22-ap-3004-CRM (closed).

14. On November 20, 2024, following a trial, the United States Bankruptcy Court for the Western District of Kentucky issued an opinion and order stating that Defendant Matthew Stein's federal income tax liabilities, including the liabilities described in paragraph 6, were excepted from discharge pursuant to 11 U.S.C. § 523(a)(1)(C). *Id.* at ECF No. 132.

15. The federal income tax liabilities identified in paragraph 6 are excepted from the discharge issued in Defendant Matthew Stein's bankruptcy proceeding. *Id.*

## RELIEF REQUESTED

WHEREFORE, the United States of America respectfully requests that this Court:

A. Enter judgment in favor of the United States and against Defendant Matthew Stein in the amount of **$515,233.97** as of July 14, 2025, plus penalties, interest, and statutory additions that will continue to accrue from that date according to law; and

B. Grant the United States such other and further relief as it deems just and proper.

Dated: September 4, 2025

*/s/ Elizabeth Pruitt*
ELIZABETH W. PRUITT
D.C. Bar ID: 90034388
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-7806
Fax: (202) 514-6866
Elizabeth.Pruitt@usdoj.gov
*Counsel for the United States*